**Returns Policy**

Cengage Learning Distribution Center  
10650 Toebben Dr, Location 2  
Independence, KY 41051

Phone: 1-800-544-0550  
Fax: 1-859-647-4599  
Email:claimscs@cengage.com

The Returns Policy for online orders is the same as the general Cengage Learning Returns Policy, and includes the following guidelines:

- Returns are allowed for products bought directly from Cengage USA. Product purchased from overseas and returned to the Cengage Distribution Center will be refused back to the customer and no credit will be issued.
- Returns must be shipped prepaid by traceable means and be accompanied by one packing list per carton indicating quantity and titles returned.
- Returns must reference the original invoice numbers for titles included. If a college store wishes to return materials but do not have a copy of the original invoice, they should request permission from Customer Service.
- Returns must be in saleable condition. All software and CD-ROMs must be returned to Cengage Learning with the original envelope seal or package seal unbroken and intact. Custom-published titles carry a returns limit of 20% of the quantity ordered and must be returned within 12 months of the invoice date. All bundles must be in their original unbroken shrink-wrap.
- Returns must be packed in cartons of at least 257 lbs. test for larger boxes and 200 lbs. test for smaller (similar to Cengage Learning's shipping standards). Product must be packed with sufficient and appropriate packing material.
- Returns of superseded titles must be received within 120 days of publication of the new edition. The Last Date to Return the superseded titles can be found on the New Editions page. This page is updated weekly.
- Returns of Out of Print titles must be received within 120 days of notification. The Last Date to Return the Out of Print titles can be found on the page. This page is updated every month.
- Refused return product will be shipped at the applicable carrier cost based on weight and destination of the refused product.
- The returns policy timeframe is dependent upon the Service Plus status level of the bookstore. Platinum is Life of Edition, Gold is 15 months from invoice date, and Bronze is 12 months from the invoice date. Twenty percent of the original quantity ordered on Custom product can be returned up to 12 months from the invoice date regardless of the store's Service Plus status.
- Course cancellation returns must include the full quantity originally ordered. All paperwork for course cancellation returns must be clearly marked "course cancellation". This policy excludes Custom products, which carry a 20% returnable one year from date of original invoice policy.
- Original Invoice Date: October, November & December  
  Time Frame to Return: October 1st — March 31st
- Original Invoice Date: January, February, March of current year  
  Time Frame to Return: January 1st — April 31st of current year
- Original Invoice Date: April, May, June, July, August, September of current year  
  Time Frame to Return: April 1st — October 31st of current year
- Returns are allowed for products bought directly from Cengage USA. Product purchased from overseas and returned to the Cengage Distribution Center will be refused back to the customer and no credit will be issued.
- All books must be returned in saleable condition. Returned books and software should be shipped prepaid by traceable means. Also, to ensure proper credit, each carton should be accompanied by a packing list indicating the quantity and title(s) returned and must include the original invoice.
- Defective product must have prior authorization and must follow the returns instructions given.
- For Damaged product, you must notify Cengage Learning Inc. within 30 days of receipt to receive authorization. Then you will have 30 days from date of letter to make any returns.
- Credit for Returns: We will match invoices for returns back to the individual account (the "ship to" account) based on its historical purchases. If that amount exceeds the individual account's purchases we will match the invoice back against the total historical invoices within the customer's family of accounts (based on "bill to" account, including any other ship to accounts associated with it). Returns that cannot be matched against invoices within the family of accounts will not receive credit.